# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ALVIN McCULLOUGH
ADC # 131910                                                                               PLAINTIFF

V.                                          4:24CV00414 JM

JOHN DOE                                                                                   DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendation from United States Magistrate Judge Jerome T. Kearney and the relevant record de novo. Plaintiff has filed objections. In his objections, Plaintiff clarifies that his habeas petition relates to Washington County Circuit Court Case CR 2007-179-1, not CR 2008-590. The Court can find no evidence that Plaintiff has previously filed a federal habeas petition in this District based on his 2007 conviction for two count of residential burglary, criminal attempt to commit residential burglary, and criminal attempt to commit robbery in CR 2007-179-1.

In light of Plaintiff's clarification, the Court declines to adopt the Proposed Findings and Recommendation (ECF No. 3). The case is referred back to Judge Kearney for further review.

IT IS SO ORDERED this 18th day of June, 2024.

_____
James M. Moody Jr.
United States District Judge