## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ALVIN MCCULLOUGH**                                          **PETITIONER**

**V.**                        **CASE NO. 4:24-CV-414-JM-JTK**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                          **RESPONDENT**


### <u>ORDER</u>

The Court has received a Recommendation for dismissal filed by Magistrate Judge Jerome T. Kearney. After careful review of those Findings and Recommendations, the timely objections received, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice. Mr. McCullough's motion to appoint counsel (ECF No. 17) is DENIED. The Clerk is directed to close the case.

IT IS SO ORDERED, this 28th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE