# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALVIN MCCULLOUGH**                                                          **PETITIONER**

V.                                         **CASE NO. 4:24-CV-414-JM-JTK**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                           **RESPONDENT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the order adopting this recommendation and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of July, 2025.

_____
James M. Moody Jr
United States District Judge